No. 308.   Knott et al. v. Governor Clinton Co., Inc. On petition for writ of certiorari to the Circuit Court of

Appeals for the Second Circuit. September 3, 1941. Dismissed per stipulation pursuant to Rule 35. *Mr. George C. Levin* for petitioners. *Mr. Brison Howie* for respondent.

No. 309. CANTOR ET AL. *v.* GOVERNOR CLINTON CO., INC. On petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit. September 3, 1941. Dismissed per stipulation pursuant to Rule 35. *Mr. George C. Levin* for petitioners. *Mr. Brison Howie* for respondent.